IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARLOS RAYMOND AGUILAR                             PETITIONER

v.                    5:06CV00295 WRW-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                               RESPONDENT

**ORDER**

      The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

      IT IS THEREFORE ORDERED that Respondent's motion to dismiss is granted and that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

      IT IS SO ORDERED this 20th day of February, 2007.

                                              /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE