IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARLOS RAYMOND AGUILAR                                    PETITIONER


v.                              5:06CV00295 WRW-JFF


LARRY NORRIS, Director,
Arkansas Department of
Correction                                              RESPONDENT


## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Respondent's motion to dismiss is granted and that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ADJUDGED this 20th day of February, 2007.




/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE